IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SARHAN AHMAD AHMAD,** <br><br> Petitioner, <br><br> v. <br><br> **THOMAS FELKER, Warden,** <br><br> Respondent. | CIV S-06-1803 LKK JFM P <br><br> **ORDER** |

Respondent has requested a thirty day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner.  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent is granted an extension of time to and including December 13, 2006, in which to file a response to the petition for writ of habeas corpus filed by petitioner.

DATED:  November 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/ahme1803.eot

1