1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
     **SARHAN AHMAD AHMAD,**                              CIV S-06-1803 LKK JFM P
12
                                          Petitioner,    **ORDER**
13
                    **v.**
14
     **THOMAS FELKER, Warden,**
15
                                         Respondent.
16

17

18          Respondent has requested a two week extension of time in which to file a response to

19   the petition for writ of habeas corpus filed by petitioner.  GOOD CAUSE APPEARING,

20   respondent is granted an extension of time to and including December 27, 2006, in which to file

21   a response to the petition for writ of habeas corpus filed by Petitioner.  Petitioner's traverse, if

22   any, shall be filed thirty days thereafter.

23   DATED:  December 14, 2006.

24

25                                              _____
                                                UNITED STATES MAGISTRATE JUDGE
26

27   001;ahmad.eot

28

                                                    1