IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARHAN AHMAD AHMAD,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>THOMAS FELKER, Warden,<br><br>　　　　　　　　　　Respondent. | CIV S-06-1803 LKK JFM P<br><br>**ORDER** |

Respondent has requested a one week extension of time in which to file a reply to the opposition to the motion to dismiss file by Petitioner. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including February 2, 2007, in which to file a reply to the opposition to the motion to dismiss.

DATED: January 29, 2007.

_/s/ John F. Moulds_
UNITED STATES MAGISTRATE JUDGE

ahma1803.eot.wpd
SA2006303318

Order

1