IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SARHAN AHMAD AHMAD,

    Petitioner,                    2:06-cv-1803-GEB-JFM-P

    vs.

THOMAS FELKER, Warden,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 6, 2007 dismissal of his application for a writ of habeas corpus because the petition was filed beyond the one-year statute of limitations. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

        Where, as here, the petition was dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it

1

1  debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of
2  reason would find it debatable whether the petition states a valid claim of the denial of a
3  constitutional right.'"  Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v.
4  McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 1604 (2000)).

5       After careful review of the entire record herein, this court finds that petitioner has
6  not satisfied the first requirement for issuance of a certificate of appealability in this case.
7  Specifically, there is no showing that jurists of reason would find it debatable whether petitioner
8  had timely filed the habeas petition.  Accordingly, a certificate of appealability should not issue
9  in this action.

10      IT IS SO ORDERED.

11 Dated:  October 8, 2007

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge