IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SARHAN AHMAD AHMAD,

    Petitioner,                    No. CIV S-06-1803 GEB JFM P

    vs.

THOMAS FELKER, Warden,

    Respondent.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, sought relief pursuant to 28 U.S.C. § 2254. During the pendency of this action, petitioner did not seek leave to proceed in forma pauperis. This action was terminated on September 6, 2007.

        On September 24, 2007, petitioner filed a notice of appeal and application for certificate of appealability. On October 10, 2007, petitioner's application for certificate of appealability was denied. On December 26, 2007, petitioner filed an application to proceed in forma pauperis on appeal.

        Rule 24(a) of the Federal Rules of Appellate Procedure provides as follows:

> (1) Motion in the District Court. Except as stated in Rule 24(a)(3), a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:

1

1       (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

3       (B) claims an entitlement to redress; and

4       (C) states the issues that the party intends to present on appeal.

Fed. R. App. 24(a)(1). Although petitioner has filed an application to proceed in forma pauperis, petitioner has not provided the detailed information required in Form 4, and has not addressed the items required in Fed. R. App. 24(a)(1)(B) and (C). Petitioner's application to proceed in forma pauperis on appeal will be denied without prejudice. A copy of Form 4 is appended to this order.

      Accordingly, IT IS HEREBY ORDERED that petitioner's December 26, 2007 application to proceed in forma pauperis on appeal is denied without prejudice.

DATED: January 24, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; ahma1803.dn

**Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis**

**United States District Court for the _____ District of _____**

_____, **Plaintiff**

**v.**

_____, **Defendant**

Case No. _____

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _____

**My issues on appeal are:**

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| **Income source** | **Average monthly amount during the past 12 months** | **Amount expected next month** |
|---|---|---|

3

|   | You | Spouse | You | Spouse |
|---|---|---|---|---|
| Employment | $_____ | $_____ | $_____ | $_____ |
| Self-employment | $_____ | $_____ | $_____ | $_____ |
| Income from real property (such as rental income) | $_____ | $_____ | $_____ | $_____ |
| Interest and dividends | $_____ | $_____ | $_____ | $_____ |
| Gifts | $_____ | $_____ | $_____ | $_____ |
| Alimony | $_____ | $_____ | $_____ | $_____ |
| Child support | $_____ | $_____ | $_____ | $_____ |
| Retirement (such as social security, pensions, annuities, insurance) | $_____ | $_____ | $_____ | $_____ |
| Disability (such as social security, insurance payments) | $_____ | $_____ | $_____ | $_____ |
| Unemployment payments | $_____ | $_____ | $_____ | $_____ |
| Public-assistance (such as welfare) | $_____ | $_____ | $_____ | $_____ |
| Other (specify): _____ | $_____ | $_____ | $_____ | $_____ |
| **Total monthly income:** | $_____ | $_____ | $_____ | $_____ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| **Employer** | **Address** | **Dates of employment** | **Gross monthly pay** |
|---|---|---|---|
| _____ _ | _____ _ | _____ _ | _____ __ |
| _____ _ | _____ _ | _____ _ | _____ __ |
| _____ _ | _____ _ | _____ _ | _____ __ |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

4

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

4. How much cash do you and your spouse have? $_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | **Other real estate** | (Value) | **Motor vehicle #1** | (Value) |
|---|---|---|---|---|---|
| | | | | Make & year: | _____ |
| _____ | _____ | _____ | | Model: | _____ |

5

_____     _____ Registration #: _____

**Motor vehicle #2**     (Value)   **Other assets**       (Value)   **Other assets**         (Value)

Make & year:       _____   _____         _____

Model:             _____   _____         _____

Registration #:    _____   _____         _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| **Person owing you or your spouse money** | **Amount owed to you** | **Amount owed to your spouse** |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

7. State the persons who rely on you or your spouse for support.

| **Name** | **Relationship** | **Age** |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $_____ | $_____ |
| Are real-estate taxes included? ☐ Yes ☐ No | | |
| Is property insurance included? ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $_____ | $_____ |
| Home maintenance (repairs and upkeep) | $_____ | $_____ |
| Food | $_____ | $_____ |
| Clothing | $_____ | $_____ |
| Laundry and dry-cleaning | $_____ | $_____ |
| Medical and dental expenses | $_____ | $_____ |
| Transportation (not including motor vehicle payments) | $_____ | $_____ |
| Recreation, entertainment, newspapers, magazines, etc. | $_____ | $_____ |
| Insurance (not deducted from wages or included in Mortgage payments) | $_____ | $_____ |
| Homeowner's or renter's | $_____ | $_____ |
| Life | $_____ | $_____ |
| Health | $_____ | $_____ |
| Motor Vehicle | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): _____ | $_____ | $_____ |
| Installment payments | $_____ | $_____ |
| Motor Vehicle | $_____ | $_____ |
| Credit card (name): | $_____ | $_____ |

_____

| | | |
|---|---|---|
| Department store (name): _____ | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |
| Alimony, maintenance, and support paid to others | $_____ | $_____ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $_____ | $_____ |
| Other (specify): _____ | $_____ | $_____ |
| | | $_____ |
| **Total monthly expenses:** | $_____ | $_____ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes ☐ No  If yes, describe on an attached sheet.

10. Have you paid--or will you be paying--an attorney any money for services in connection with this case, including the completion of this form? Yes No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____
_____
_____
_____
_____
_____

11. Have you paid--or will you be paying--anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ Yes ☐ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____
_____
_____
_____
_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

13. State the address of your legal residence.
_____
_____
_____
_____

Your daytime phone number: ___ _____

Your age: _____   Your years of schooling: _____

Your social-security number: _____